GUILLERMO FRANCO ET AL., Plaintiffs and Appellants, *v.* GUILLERMO OPPENHEIMER-SALOMÓN, Defendant and Appellee.

No. 4589. Argued June 4, 1928.—Decided July 28, 1928.

Arjona & Arjona for the appellants. *Pérez Marchand & Sulivercs* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The appellants have substantially admitted that they are in default in filing their brief in this case. In answer to the motion for dismissal they have filed an elaborate opposition along with an elaborate affidavit of merits. While it is not a legal excuse for appellants to rely on the secretary of this court for a notice of the filing of the transcript (see *Cosme v. Sánchez,* decided July 24, 1928), yet the fact is that the secretary, as a courtesy, has been in the habit of notifying the attorneys of the filing. In a matter of this kind we have on occasion made our action depend on a consideration of the possible merits of an appeal.

The appellants have not only presented excuses, more or less justifiable, for their delay, but they have filed their brief. The appellee says the appeal is frivolous and if we were convinced that this was true we should grant the motion. The appellee has not analyzed the brief or the case to attempt to convince us that the appeal is not meritorious. At one time the writer had some idea that there was no real cause of action for reasons not met by the appellants. The court, however, after an examination of the briefs, has sufficient doubts of the frivolity, and hence we shall use our discretion to hear the appeal oh its merits. *Pagán v. Sellés,* 28 P.R.R. 148.

The appellee will suffer no great prejudice, as no injunction *pendente lite* stands against him.

The motion will be denied.